THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MONICA E. TAIT
Assistant United States Attorney
California Bar Number 157311
Asset Forfeiture Section
    United States Courthouse, 14TH Fl.
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2931
    Facsimile: (213) 894-7177
    E-mail: Monica.Tait@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AN INTEREST IN THE REAL PROPERTY LOCATED AT 2101 LINCOLN BLVD., LOS ANGELES, CALIFORNIA,<br><br>    Defendant.<br><br>SOHEYLA NAIMI,<br><br>    Claimant. | NO. CV 05-5353 SVW (PJWx)<br><br>PLAINTIFF'S AUGUST 2009 REPORT REGARDING STATUS OF ONGOING CRIMINAL INVESTIGATION |

On or about September 22, 2005, based on the stipulation and request of Plaintiff United States of America (the "government") and claimant Soheyla Naimi, the court stayed this civil forfeiture action pursuant to 18 U.S.C. § 981(g) pending the conclusion of a related criminal investigation, and required the

government to submit status reports concerning the investigation every ninety days. As set forth in the application for stay, proceeding with discovery in the civil forfeiture lawsuit could have an adverse effect on the government's ongoing criminal investigation and could potentially burden the Fifth Amendment rights of persons involved in the criminal investigation. Pursuant to this Court's Order staying the matter, the government hereby submits this report regarding the status of the criminal investigation.

At the present time, the government's criminal investigation is ongoing and has not yet been concluded. Pursuant to this Court's Order staying this matter, the government will submit its next status report by November 20, 2009.

Respectfully submitted,

DATED: August 12, 2009

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Monica E. Tait
MONICA E. TAIT
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

| | |
|---|---|
| 1 | PROOF OF SERVICE BY MAIL |
| 2 | I am over the age of 18 and not a party to the within action. I |
| 3 | am employed by the Office of the United States Attorney, Central |
| 4 | District of California. My business address is 312 North Spring |
| 5 | Street, Suite 1400, Los Angeles, California 90012. |
| 6 | On <u>August 12, 2009</u>, I served a <u>PLAINTIFF'S AUGUST 2009 REPORT |
| 7 | REGARDING STATUS OF ONGOING CRIMINAL INVESTIGATION</u> on each person or |
| 8 | entity named below by enclosing a copy in an envelope addressed as |
| 9 | shown below and placing the envelope for collection and mailing on the |
| 10 | date and at the place shown below following our ordinary office |
| 11 | practices. |
| 12 | TO:     Melissa M. Yoon |
| 13 |         Jones Day<br>        3 Park Plaza, Suite 1100<br>        Irvine, CA 92614 |
| 14 | |
| 15 | _X_ I am readily familiar with the practice of this office for |
| 16 | collection and processing correspondence for mailing. On the same day |
| 17 | that correspondence is placed for collection and mailing, it is |
| 18 | deposited in the ordinary course of business with the United States |
| 19 | Postal Service in a sealed envelope with postage fully prepaid. |
| 20 | ___ Via Hand Delivery |
| 21 | I declare under penalty of perjury under the laws of the United |
| 22 | States of America that the foregoing is true and correct. |
| 23 | I declare that I am employed in the office of a member of the bar |
| 24 | of this court at whose direction the service was made. |
| 25 | Executed on: <u>August 12, 2009</u> at Los Angeles, California. |
| 26 | |
| 27 | Nicole Payne |
| 28 | |

*(Signed: Nicole Payne)*