GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MONICA E. TAIT
Assistant United States Attorney
California Bar Number 157311
Asset Forfeiture Section
    United States Courthouse, 14TH Fl.
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2931
    Facsimile: (213) 894-7177
    E-mail: Monica.Tait@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>AN INTEREST IN THE REAL PROPERTY LOCATED AT 2101 LINCOLN BLVD., LOS ANGELES, CALIFORNIA,<br><br>      Defendant.<br><br>SOHEYLA NAIMI,<br><br>      Claimant. | NO. CV 05-5353 SVW (PJWx)<br><br>PLAINTIFF'S NOVEMBER 2009 REPORT REGARDING STATUS OF STAYED CASE AND REPORTING DISCUSSIONS TO LIFT STAY OF ACTION |

On or about September 22, 2005, based on the stipulation and request of Plaintiff United States of America (the "government") and claimant Soheyla Naimi, the court stayed this civil forfeiture action pursuant to 18 U.S.C. § 981(g) pending the conclusion of a related criminal investigation, and required the

government to submit status reports concerning the investigation every ninety days.

The government reports that it believes there is no reason to continue the stay of this case, based upon the conclusion of all related investigations and prosecutions. The government's counsel and counsel for claimant in all four stayed cases pending before this court involving Naimi claimants (CV nos. 05-5353, 05-5354, 05-5356, 05-5357) have conferred about this matter, and the government will propose a stipulation and request to lift the stay of this matter for counsel's consideration. The court will receive a further filing on this matter (either a stipulation to lift stay or motion to lift stay) during the week of November 30, 2009.

                                       Respectfully submitted,

DATED: November 19, 2009      GEORGE S. CARDONA
                                       Acting United States Attorney
                                       CHRISTINE C. EWELL
                                       Assistant United States Attorney
                                       Chief, Criminal Division
                                       STEVEN R. WELK
                                       Assistant United States Attorney
                                       Chief, Asset Forfeiture Section

                                       /s/ *Monica E. Tait*
                                       MONICA E. TAIT
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

## PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, Suite 1400, Los Angeles, California 90012.

On <u>November 19, 2009</u>, I served a <u>PLAINTIFF'S NOVEMBER 2009 REPORT REGARDING STATUS OF STAYED CASE AND REPORTING DISCUSSION TO LIFT STAY OF ACTION</u> on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:    Melissa M. Yoon
       Jones Day
       3 Park Plaza, Suite 1100
       Irvine, CA 92614

<u>X</u> I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

___ Via Hand Delivery

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: <u>November 19, 2009</u> at Los Angeles, California.

*/s/ Nicole Payne*
Nicole Payne