```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MONICA E. TAIT
    Assistant United States Attorney
 6  California Bar Number 157311
    P. GREG PARHAM
 7  Assistant United States Attorney
    California Bar Number 140310
 8  Asset Forfeiture Section
         United States Courthouse, 14TH Fl.
 9       312 North Spring Street
         Los Angeles, California 90012
10       Telephone: (213) 894-2931, -6528
         Facsimile: (213) 894-7177
11       E-mail: Monica.Tait@usdoj.gov
                 Greg.Parham@usdoj.gov
12  Attorneys for Plaintiff
    United States of America
```

# DENIED
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>AN INTEREST IN THE REAL PROPERTY LOCATED AT 2101 LINCOLN BLVD., LOS ANGELES, CALIFORNIA,<br><br>　　　　Defendant.<br><br>[AND OTHER DEFENDANTS NAMED IN CONSOLIDATED CASES]<br><br>SOHEYLA NAIMI,<br><br>　　　　Claimant.<br><br>NAIMIS LLC,<br><br>　　　　Claimant | NO.  CV 05-5353 SVW (PJWx)<br><br><u>AND ALL CONSOLIDATED CASES</u><br>(CV 05-5354 SVW (PJWx);<br>CV 05-5356 SVW (PJWx);<br>CV 05-5357 SVW (PJWx))<br><br>[Proposed]<br>ORDER CONTINUING PRE TRIAL CONFERENCE AND TRIAL DATES<br><br>CURRENT DATES:<br><br>Pre trial conf.: June 28, 2010, 3:30 p.m.<br><br>Trial: July 13, 2010, 9:00 a.m. |

```
 1        Based on the stipulation submitted by Plaintiff United
 2   States of America and Claimants Soheyla Naimi and Naimis LLC, and
 3   finding good cause, IT IS HEREBY ORDERED AS FOLLOWS:
 4        1.   The pretrial conference is continued from June 28, 2010
 5   at 3:30 p.m. to August 30, 2010 at 3:30 p.m.
 6        2.   The trial of these consolidated cases is continued from
 7   July 13, 2010 at 9:00 a.m. to September 14, 2010 at 9:00 a.m.
 8        IT IS SO ORDERED.
 9
     DATED: May 20, 2010_____ BY ORDER OF THE COURT
10                                        The Honorable Stephen V. Wilson
11                                        United States District Judge
```

**DENIED**

2